UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                  Case No. 15-20549

v.                                              Honorable John Corbett O'Meara

LATHERESA JEFFERSON,

    Defendant.
    _____/

## ORDER DENYING DEFENDANT'S MAY 17, 2017
## MOTION FOR MODIFICATION OF PAYMENT SCHEDULE

This matter came before the court on defendant Latheresa Jefferson's May 17, 2017 Motion for Modification of Restitution Payment Schedule. The government filed a response June 5, 2017. No reply was filed, and no oral argument was heard.

On July 16, 2016, this court sentenced defendant Jefferson to 24 months' incarceration and three years' supervised release. In addition, she was ordered to pay restitution to the Internal Revenue Service in the amount of $166,978.00.

Jefferson's judgment in this case contains no specific payment schedule; however, it does set forth as a special condition of supervised release that she "make monthly installment payments on any remaining balance of restitution at a rate and schedule recommended by the probation department and approved by the Court."

Her immediate concern appears to be the amount of restitution she must pay while serving her 24-month sentence. It is unclear what payments the Federal Bureau of Prisons ("BOP") is requiring her to pay at this time. Under the BOP's Inmate Financial Responsibility Program ("IFRP"), the inmate and BOP staff develop a financial plan to help the inmate meet monetary penalty obligations. The minimum IFRP payment an inmate must make is $25 per quarter.

Questions regarding restitution while a person is incarcerated are administrative matters delegated to the discretion of the BOP. This court cannot act with regard to those payments until Jefferson's term of imprisonment ends and her term of supervised release begins. At that time, pursuant to the judgment entered, she will "make monthly installment payments on any remaining balance of the restitution at a rate and schedule recommended by the probation department and approved by the Court."

**ORDER**

It is hereby **ORDERED** that defendant Jefferson's May 17, 2017 Motion for Modification of Restitution Payment Schedule is **DENIED.**

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: June 19, 2017

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, June 19, 2017, using the ECF system and/or ordinary mail.

                                        s/William Barkholz
                                        Case Manager